1    MCGREGOR W. SCOTT
     United States Attorney
2    THOMAS M. NEWMAN
     Assistant United States Attorneys
3    2500 Tulare Street, Suite 4401
     Fresno, California 93721
4    Telephone: (559) 497-4000
     Facsimile: (559) 497-4099
5    Attorneys for Plaintiff
     United States of America
6
                    IN THE UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9    UNITED STATES OF AMERICA,              CASE NO. 1:20-mj-2-SKO

10         Plaintiff,                       STIPULATION TO CONTINUE

11              v.

12   PAO VANG,
          a/k/a "CLOWNSY,"
13   JHOVANNY DELGADO-MARCELO
          a/k/a "JHIO," and
14   JOHNNY XIONG,

15         Defendants.

16

17        Plaintiff, United States of America, by and through its counsel of record, the United States

18   Attorney for the Eastern District of California and the defendants, PAO VANG, a/k/a "CLOWNSY,"

19   JHOVANNY DELGADO-MARCELO, a/k/a "JHIO," and JOHNNY XIONG, by and through their

20   counsel, hereby agree and stipulate to continue the status hearing and preliminary hearing in this matter,

21   which is currently set for March 4, 2020.  The parties request that the Court continue the date for the

22   defendants' preliminary hearing or arraignment to April 17, 2020, at 2:00 pm.  The parties also request

23   that pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the time limits set forth in FRCP

24   5.1(c) be extended through April 17, 2020. The parties agree that, taking into account the public interest

25   in prompt disposition of criminal cases, good cause exists for this extension.

26        The defendant also agrees to exclude for this period of time any time limits applicable under 18

27   U.S.C. § 3161.  The parties agree that the continuance represents the reasonable time necessary for

28

     STIPULATION TO CONTINUE                       1

1  effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(A)-(B)(iv).  In support thereof, the parties

2  stipulate that:

3      1.  The government provided the Defendants with initial discovery that will be supplement with

4          additional discovery this week.  To date, the government has provides numerous recording

5          related to interview conducted during this investigation.  The government is supplementing

6          the discovery with numerous reports that were prepared as part of this investigation.  The

7          defense needs time to review these reports and it is in the interest of the parties to delay the

8          upcoming hearing until after the discovery is produced.

9      2.  The government has also asked to meet with the defense related to the case, evidence, and

10         potential charges prior to the next hearing.  This meeting will be more productive if it is held

11         after the upcoming production of discovery.

12     3.  As a consequence, the parties agree that a continuance until April 17, 2020, is warranted.

13         The parties expect that during that period the defense will have the opportunity to meet with

14         their respective clients.

15     4.  The parties stipulate that the period of time from March 4, 2020, through April 17, 2020, is

16         deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv)

17         because it results from a continuance granted by the Court at defendants' request on the basis

18         of the Court's finding that the ends of justice served by taking such action outweigh the best

19         interest of the public and the defendant in a speedy trial.

20     IT IS SO STIPULATED.

22  Dated:  February 20, 2020        MCGREGOR W. SCOTT
                      United States Attorney

24  By:  /s/ THOMAS NEWMAN
       THOMAS NEWMAN
25       Assistant United States Attorney

26  Dated: February 20, 2020     /s/ Benjamin A. Gerson
27       Attorney for Defendant
       JHOVANNY DELGADO-MARCELO

STIPULATION TO CONTINUE    2

1

Dated: February 20, 2020                          /s/ Robert Lamanuzzi_____
                                                  Attorney for Defendant
2                                                 JOHNNY XIONG

3

Dated: February 20, 2020                          /s/ Harry Drandell_____
4                                                 Attorney for Defendant
                                                  PAO VANG
5

6

7                                    **O R D E R**

8        IT IS ORDERED that the defendants' preliminary hearing or arraignment is continued from

9   March 4, 2020, at 2 pm until April 17, 2020, at 2 pm before Magistrate Judge Sheila K. Oberto.

10       IT IS FURTHER ORDERED THAT the period of time from March 4, 2020, through April 17,

11  2020, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i) and (iv), and Fed.

12  R. Crim. P. 5.1(d), because it results from a continuance granted by the Court at defendants' request on

13  the basis of the Court's finding that the ends of justice served by taking such action outweigh the best

14  interest of the public and the defendants in a speedy trial.

15

IT IS SO ORDERED.
16

17     Dated:   **February 28, 2020**            /s/ Erica P. Groj____
18                                               UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE                    3