HARRY M. DRANDELL #109293
LAW OFFICES OF HARRY M. DRANDELL
1060 Fulton Street\, Suite 803
FRESNO, CA 93721
PHONE (559) 442-1041
FAX (559) 214-0174

ATTORNEYS FOR  Defendant, Pao Vang

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAO VANG, )<br>)<br>Defendant. )<br>_____ ) | CASE NO:   1:20-CR-00116 JLT-SKO<br><br>**DEFENDANT'S REQUEST AND WAIVER OF APPEARANCE; RULE 43 WAIVER** |

Defendant, Pao Vang, hereby waives his appearance in person in open court upon the status conference set for Monday, September 8, 2025, of the above-entitled court.

Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, Harry M. Drandell.

Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.  Defendant is currently a federal inmate housed at the Lerdo Detention Facility, in Kern County.

Dated:  September 4, 2025          /s/ Pao Vang
                                   PAO VANG

Dated:  September 4, 2025          /s/ Harry M. Drandell
                                   HARRY M. DRANDELL
                                   Attorney for Defendant,
                                   Pao Vang

**O R D E R**

Good cause appearing.

IT IS HEREBY ORDERED that defendant, Pao Vang, is hereby excused from appearing at this court hearing scheduled for Monday, September 8, 2025.

IT IS SO ORDERED

DATED: September 5, 2025

_____
HONORABLE JENNIFER L. THURSTON
United States District Judge