IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JHOVANNY DELGADO<br>PAO VANG<br>JOHNNY XIONG,<br><br>Defendants. | CASE NO. 1:20-CR-00116-JLT-SAB<br><br>ORDER ALLOWING DEFENDANT'S APPEARANCE ON STATE OF CALIFORNIA WRIT FOR HABEAS CORPUS AD TESTIFICANDUM |

On October 7, 2026, the Honorable Judge Jonathan Conklin, a Superior Court Judge for the State of California, County of Fresno, requested that the body of the above-named defendants be produced in Fresno County Superior Court for preliminary hearing proceedings in the case of *People v.Ger Lee et al.*, F26900878. The defendants' appearances before the state court judge are necessary on November 2, 2026, at 8:30 a.m. for a preliminary hearing. The defendants are currently in the custody of the United States Marshal, charged in the above-entitled action, housed at the Taft Community Correctional Facility. Their next appearance before the United States District Court is scheduled for March 15, 2027, at 9 a.m. for a status conference. It appearing that the defendants need to be present for a hearing in the state action, and that the next court appearance in the above-entitled case will be on March 15, 2027:

IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office or their designee may produce the defendants in Fresno County Superior court on November 2, 2026, for purposes of their presence at the preliminary hearing, but shall return them to the custody of the United States Marshal Service in the

physical custody of Taft Community Correctional Facility immediately after the proceeding has concluded. Under no circumstances is the named defendant to be released from the physical custody of the Taft Community Correctional Facility other than for the court appearances that are the subject of this Order, or scheduled Federal Court Appearances, or upon further order from this court.

IT IS SO ORDERED.

Dated: **October 8, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE